314

Opinion by Mr. JUSTICE EBERSPACHER.

Russell Baird and Henry W. Nieman, both of Belleville, for appellants.

Walker & Williams, of Belleville, for appellees.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. RICHARD PROVINCE, Defendant-Appellant.

(No. 72-275;

Fifth District—January 10, 1974.

PER CURIAM.

Robert E. Farrell, Deputy Defender, of Mt. Vernon (Richard E. Cunningham, Assistant Appellate Defender, and Michael C. Dunston, Senior Law Student, of counsel), for appellant.

Nicholas G. Byron, State's Attorney, of Edwardsville, for the People.